UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARL DELTA FUNDING, LLC,

                              Plaintiff,

              -against-

HEALTH TOP TRAVEL USA LLC and
LETICIA B OCEJO ZALDIVAR,

                              Defendants.

Case No. 1:22-cv-08543 (JLR)

**TRANSFER ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Notice of Removal in this action indicates an intent to remove the case to the Western District of New York.  Accordingly, IT IS HEREBY ORDERED that this action shall be transferred to that district.  The Clerk of Court is respectfully directed to transfer this action to the United States District Court for the Western District of New York.  Defendants' request for an extension of time to respond to the Complaint (ECF No. 4) is a determination to be made by the transferee court.  Defendants shall re-file their request after the transfer.

This Order terminates all pending motions and closes this case in this Court.

Dated: October 14, 2022
       New York, New York

                              SO ORDERED.

                              _Jennifer Rochon_
                              JENNIFER L. ROCHON
                              United States District Judge